**FILED**

09/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 22-0319

350 MONTANA, ERIC HUSETH, ABIGAIL HUSETH, AND JEROME WALKER,

*Plaintiffs and Appellees,*

V.

STATE OF MONTANA AND NORTHWESTERN CORPORATION,

*Defendants and Appellants.*

On Appeal from the Montana Fourth Judicial District Court,
Missoula County, Cause No. DV 21-00684
The Honorable Jason Marks, Presiding

## ORDER GRANTING APPELLANTS' SECOND UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*

BRENT MEAD
  *Assistant Solicitor General*
TIMOTHY LONGFIELD
  *Assistant Attorney General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
david.dewhirst@mt.gov
brent.mead2@mt.gov
timothy.longfield@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: (406) 384-7990
emily@joneslawmt.com

*Attorneys for Defendant-Appellant State of Montana*

**(Additional Counsel listed on next page)**

MONICA J. TRANEL
Tranel Law Firm, P.C.
202 West Spruce St.
Missoula, MT 59802
(406) 926-2662
mtranel@tranelfirm.com

*Attorney for 350 Montana*

THOMAS TOSDAL*
Tosdal Law Firm
P.O. Box 109
Ovando, MT 59854
406-793-1949
tom@tosdallaw.com

*Attorney for Eric Huseth, Abigail Huseth, and Jerome Walker*

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs-Appellees*

HARLAN B. KROGH
BEN ALKE
Crist, Krogh, Alke & Nord, PLLC
209 S. Willson Ave
Bozeman, MT 59715
Tel: (406) 255-0400
balke@cristlaw.com
hkrogh@cristlaw.com

HEATHER GRAHAME
SHANNON HEIM
NorthWestern Energy
208 N. Montana Ave., Ste. 205
Helena, MT 59601
Tel: (406) 443-8996
heather.grahame@northwestern.com
Shannon.Heim@northwestern.com

*Attorneys for Defendant-Appellant Northwestern Energy*

Upon consideration of Appellants' motion for a 21-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including October 19, 2022, within which to prepare, file, and serve their opening briefs on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 21 2022